UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RHONDA AMBRISTER, individually and as
Legal Guardian of R.D., a minor,

                Plaintiffs,

-against-

CHANCELLOR DAVID C. BANKS, in his
Official capacity as Chancellor of the New York
City Department of Education, and THE NEW
YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.
-----------------------------------------------------------X

24-cv-8403 (JGLC)

~~[PROPOSED]~~

**JUDGMENT**

**WHEREAS**, Plaintiffs Rhonda Ambrister, individually and on behalf of R.D., commenced this action on November 4, 2024[1] against Defendants Chancellor David C. Banks, in his official capacity as Chancellor of the New York City Department of Education and the New York City Department of Education ("DOE"), alleging violations of the Individuals with Disabilities Education Act (IDEA)[2], and Article 89 of the New York State Education Law[3] asking the Court, in relevant part, to: (1) reverse the adverse decision by State Review Officer ("SRO") Krolak in the administrative proceeding below; (2) implement Impartial Hearing Officer ("IHO") Mazzei's Findings of Fact and Decision (FOFD), requiring the DOE to provide tuition reimbursement for R.D.'s educational placement at the International Institute for the Brain ("iBRAIN") for the period of May 10, 2021 to September 13,; and (3) award Plaintiffs reasonable attorneys' fees;[4]

---

[1] *See* ECF No. 1.
[2] 20 U.S.C. § 1400 *et seq.*
[3] N.Y. Educ. Law § 4401, *et seq.*
[4] *See* ECF No. 1, ¶¶ 15-26, 65-93, 97-101, 107.

**WHEREAS**, the parties cross-moved for summary judgment [ECF Nos. 16-18, 23, 26, 29,];

**WHEREAS**, on March 10, 2026, the Court issued an Opinion and Order granting in part and denying in part Defendants' motion for summary judgment;

**WHEREAS,** Plaintiff's motion seeking retroactive reimbursement for R.D.'s enrollment at iBRAIN was granted in part and denied in part;

**WHEREAS,** Defendants were ordered to fund R.D.'s placement at iBRAIN for the period from June 11, 2021 to September 13, 2021;

**WHEREAS,** Plaintiff's motion for summary judgment was DENIED in all other respects;

**WHEREAS,** Plaintiff was to further advise whether she intends to move for attorneys' fees in this action. [ECF No. 31];

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in the Court's Opinion and Order dated March 10, 2026, Plaintiff's motion for summary judgment is GRANTED in part and DENIED in part, and the Defendants' motion is GRANTED in part and DENIED in part. [ECF No. 31]. The Court finds that DOE is responsible for funding R.D.'s placement from June 11, 2021 to September 12, 2021;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs shall file their applications for attorneys' fees no later than July 7, 2026;

The Clerk of the Court is directed to enter Judgment as set forth above and close this case consistent herewith.

Dated:        May 8, 2026
              White Plains, New York


SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge